# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA SESSOMS, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE TRUSTEES of the UNIV. of PA., | : | |
| d/b/a THE UNIV. of PA. HEALTH SYS., | : | No. 16-2954 |
|     *Defendant*. | : | |

## O R D E R

**AND NOW**, this 23rd day of May, 2017, upon consideration of Plaintiff's Motion for Recusal (Docket No. 30), and following a hearing on May 22, 2017, it is **hereby ORDERED** that the Motion (Docket No. 30) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1