IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA SESSOMS, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE TRUSTEES of the UNIV. of PA., | : | |
| d/b/a THE UNIV. of PA. HEALTH SYS., | : | No. 16-2954 |
|     *Defendant*. | : | |

# O R D E R

**AND NOW**, this 24th day of May, 2017, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 15), Plaintiff's Opposition (Docket Nos. 18-20), Defendant's Reply (Docket No. 23), and Plaintiff's Surreply (Docket No. 24), and following oral argument on May 4, 2017, it is **hereby ORDERED** that the Motion (Docket No. 15) is **GRANTED**. Plaintiff's claims are **DISMISSED**.

                                                    BY THE COURT:

                                                  S/Gene E.K. Pratter
                                                 GENE E.K. PRATTER
                                                 United States District Judge